UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

DEXTER CALVIN FULTON                                                    PLAINTIFF

VS.                                              CIVIL ACTION NO. 4:07cv36 TSL-LRA

CHRISTOPHER EPPS AND
DALE KASKEY

**ORDER**

It is hereby ordered that the report and recommendation of United States Magistrate Judge Linda R. Anderson is adopted as the finding of the court and that defendant's motion is denied without prejudice so that an omnibus hearing may be conducted. Defendant Epps may re-urge the subject matter for the court's consideration at that time.

SO ORDERED this 22nd day of July, 2008.

                                          /s/Tom S. Lee
                                        UNITED STATES DISTRICT JUDGE