IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

DEXTER CALVIN FULTON                                                    PLAINTIFF

VS.                                                   CIVIL ACTION NO. 4:07CV36-TSL-LRA

MDOC COMMISSIONER CHRISTOPHER
EPPS AND WARDEN DALE CASKEY                                         DEFENDANTS

## ORDER OF VOLUNTARY DISMISSAL

This matter comes before the Court upon Plaintiff Dexter Calvin Fulton's February 14, 2009, letter Motion requesting to voluntarily dismiss this case [#34]. The letter was received by the undersigned and filed with the Clerk on February 19, 2009. Defendants have informed the Court that they have no objection to a voluntary dismissal at this stage of the litigation, and the motion shall be granted and the complaint dismissed.

IT IS, THEREFORE, ORDERED that Plaintiff's motion to voluntarily dismiss his case is **granted**, and the complaint is hereby dismissed.

IT IS FURTHER ORDERED that the Clerk of the Court finally close this case on the court's docket.

SO ORDERED, this the 20th day of February, 2009.


S/ Linda R. Anderson
UNITED STATES MAGISTRATE JUDGE